■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES L. ROSS, SR., Appellant. [713 NYS2d 507] —Appeal from a judgment of the County Court of Chemung County (Buckley, J.), rendered January 11, 1999, convicting defendant upon his plea of guilty of the crime of attempted rape in first degree.

In satisfaction of an eight-count indictment and certain uncharged crimes, defendant pleaded guilty to attempted rape in the first degree and was sentenced to 2¼ to 4½ years in prison. On appeal, defense counsel has asserted that no nonfrivolous appealable issues exist and seeks to be relieved of his assignment as counsel for defendant. Upon our review of the record and defense counsel's brief, we agree. The record discloses that defendant entered a knowing, voluntary and intelligent plea of guilty following an adequate opportunity to confer with defense counsel and was sentenced in accordance

with the negotiated plea agreement to the minimum sentence. The judgment is, accordingly, affirmed and defense counsel's application for leave to withdraw is granted (*see, People v Cruwys*, 113 AD2d 979, *lv denied* 67 NY2d 650).

Mercure, J. P., Crew III, Peters, Spain and Rose, JJ., concur. Ordered that the judgment is affirmed, and application to be relieved of assignment granted.